# Region II: Atlantic OSHA Training Center 

Rutgers School of Public Health
Center for Public Health Workforce Development
300 Atrium Drive, Suite 110
Somerset, New Jersey 08873

December 13, 2018

Miguel Perez

1155 Montauk Hwy
E Patchogue NY 11772

Course: 30-HR OSHA Outreach for the Construction Industry
Date: 12/01/2018 / 12/09/2018
Student Count: 10

Dear Miguel ,

Along with this letter, we are sending you the Outreach Cards for the class listed above. On behalf of OSHA, we thank you for your continued dedication to worker safety.

If you have any questions about the OSHA Outreach program, please contact the Registration office at rutgerstraining@sph.rutgers.edu or 732-235-9450

Please remember, you are responsible for maintaining all documentation in relation to this training for a period of five years. For further information on OSHA document retention requirements, please check our website at http://aotc.sph.rutgers.edu/index.php under 'Policies/Procedures.'

Sincerely,

Dr. Koshy
Program Manager



U.S. DEPARTMENT OF LABOR
OCCUPATION SAFETY AND HEALTH ADMINISTRATION

FORM NO. 4-50.1
OMB NO. 1218-0262
Expiration 1/31/17

## OUTREACH TRAINING PROGRAM REPORT
### Construction

Please maintain this document for your files. Your Outreach Card request was submitted electronically

| 1. Trainer Name | 2. ID No. | 3. Recent Training Course | 4. Expiration Date |
|---|---|---|---|
| Miguel Perez | 2732 | 12/09/2018 | 10/26/2022 |

**5. Authorizing Training Organization**
Rutgers

**6. Trainer Address**
Company:
Address: 1155 Montauk Hwy
City: E Patchogue   State: NY   Zip Code: 11772
Phone: 516-965-4769   Email: mapallaces@gmail.com

**7. Course Conducted**
☐ 10 Hour
☒ 30 Hour

**8. Course Information (check all that apply)**
☐ Spanish
☐ Youth (age 18 or less)
☐ Other (specify):
☐ Language other than English or Spanish)
☐ OSHA Alliance or Partnership (specify)

**9. Number of Students**
10

**10. Training Site Address**
Street Address: 1155 Montauk Highway   City: East Patchogue   State: NY   Country: USA

**11. Type of Training Site**
☐ Workplace  ☐ School  ☒ Office  ☐ Hotel  ☐ Union  ☐ Employer Association  ☐ Other (specify)

**12. Course Duration**

| Start Time | End Time | Start Time | End Time | Start Time | End Time | Start Time | End Time |
|---|---|---|---|---|---|---|---|
| 09:00 AM | 04:30 PM | 09:00 AM | 04:30 PM | 09:00 AM | 04:30 PM | 09:00 AM | 04:30 PM |
| Course Date: 12/01/2018 | | Course Date: 12/02/2018 | | Course Date: 12/08/2018 | | Course Date: 12/09/2018 | |

**13. Sponsoring Organization**
☐ Safety & Health  ☒ Employer  ☐ Union/Labor  ☐ Employer Association
☐ Education  ☐ Community  ☐ N/A  ☐ Other (specify)

**14. Statement of Certification**

I certify that I have conducted this Outreach Training Program class in accordance with the OSHA Outreach Training Program Requirements and Procedures. I have maintained the training records as stated in the Requirements and I will provide these records to the OSHA Directorate of Training and Education (or its designee) upon request. I understand that I will be subject to immediate dismissal from the OSHA Outreach Training Program if information provided herein is not true and correct. I further understand that providing false information herein may subject me to civil and criminal penalties under Federal law, including 18 U.S.C. 1001 and section 17(g) of the Occupational Safety and Health Act, 29 U.S.C.666(g), which provides criminal penalties for making false statements or representations in any document filed pursuant to that Act. I hereby attest that all provided is true and correct.

Trainer Signature: Miguel Perez   Date: 12/12/2018

☒ * By checking this box, I attest that all information provided in this submission is true and accurate.

Perez_GJ0000206

## 30-HR OSHA Outreach for the Construction Industry

| Hours | Topics |
|---|---|
| 2 | Introduction to OSHA |
| 4 | **OSHA Focus Four Hazards** note the total time spent on the line to the left and indicate the time breakdown on each line below. |
| 2 | Fall Protection |
| 1 | Electrical |
| .5 | Struck By |
| .5 | Caught in/between |
| .5 | Personal Protective and Lifesaving Equipment |
| .5 | Health Hazards in Construction - e.g. noise, hazards communication and solica |
| 2 | Stairways and Ladders |
| 2 | Managing Safety and Health |

### Elective

| Hours | Topics |
|---|---|
| 1.5 | Concrete and Masonary Construction |
| .5 | Confined Space Entry |
| .5 | Cranes, Derricks, Hoists, Elevators, and Conveyors |
| .5 | Ergonomice |
| 1 | Excavation |
| 1 | Fire Protective and Lifesaving Equipment |
| .5 | Materials Handling, Storage, Use and Disposal |
| 1 | Motor Vehicles, Merchandized Equipment and Marine Operations; Rollover Protective Structures and Overhead Protection and signed, Signals and Barricades |
| 1 | Power Industrial Vehicles |
| 1 | Safety and Health Program |
| 1 | Scaffolds |
| 1 | Steel Erection |
| 1 | Tools - hand and power |
| .5 | Welding and Cutting |

### Optional

| Hours | Topics |
|---|---|
| 1 | First aid |
| 1 | Drug and alcohol |
| 1 | Sexual harassment |

## Student List

| Name | Card Number |
|---|---|
| 1. Christopher Perrier | (Card Not Assigned) |
| 2. John Barsch | (Card Not Assigned) |
| 3. Joseph Barsch | (Card Not Assigned) |
| 4. Timothy Kaywood | (Card Not Assigne[d]) |
| 5. Frederic Ello | (Card Not Assigned) |
| 6. Roger Brodmerkel | (Card Not Assign[ed]) |
| 7. Alrick Russell | (Card Not Assigned) |
| 8. Eblowei Oroso | (Card Not Assigned) |
| 9. Musa Walters | (Card Not Assigned) |
| 10. Aquilino Sinisterra | (Card Not Assign[ed]) |

## Class Dates Summary

| Date | Start Time | End Time | Hours |
|------|------------|----------|-------|
| 12/01/2018 | 09:00 AM | 04:30 PM | 7.5 |
| 12/02/2018 | 09:00 AM | 04:30 PM | 7.5 |
| 12/08/2018 | 09:00 AM | 04:30 PM | 7.5 |
| 12/09/2018 | 09:00 AM | 04:30 PM | 7.5 |

**Total Class Hours: 30**

Perez_GJ0000208

Sign in Sheet    30 hour Osha. 12/1/2018
Instructor Miguel Perez

| Print Name | Sign Name |
|---|---|
| ✓ Roger Broadmerkhof | R. Broadm... |
| ✓ Musa Walters | M. Wa... |
| ✓ Aquilino Sinisterra | (signature) |
| ✓ Alrick Russell | (signature) |
| ✓ Ebiowei Oroso | Ebiowei Oroso |
| ✓ FREDERIC ELLO | (signature) |
| Chris Perrier | (signature) |
| ✓ Tim Kaywood | (signature) |
| ✓ Joseph Barsch | (signature) |
| ✓ John Barsch | (signature) |

Perez_GJ0000209

Sign in Sheet 30 hour Osha. 12/2/2018
Instructor Miguel Perez

| Print name | Sign name |
|---|---|
| ✓ FREDERIC ELLO | (signature) |
| ✓ Aguilino Sinisterra | (signature) |
| ✓ R. Brodmerkel | K. Brodmerkel |
| ✓ Alrick Russell | (signature) |
| ✓ Ebiowei Oroso | Ebiowei Oroso |
| ✓ Musa Walters | (signature) |
| ✓ Chris Perrier | (signature) |
| ✓ Tim Kaywood | (signature) |
| ✓ Joseph Barsch | (signature) |
| ✓ John Barsch | (signature) |

Sign in Sheet   30 hour Osha   12/8/2018
Instructor Miguel Perez

| Print Name | Sign Name |
|---|---|
| ✓ Roger Brodmerkel | [signature] |
| ✓ Aquilino Sinisterra | [signature] |
| ✓ Ebiowei Oroso | [signature] |
| ✓ Alrick Russell | [signature] |
| ✓ Musa Khan | [signature] |
| ✓ Frederic Ello | [signature] |
| ✓ Chris Perrier | [signature] |
| ✓ Tim Kaymov | [signature] |
| ✓ Joseph Barsch | [signature] |
| ✓ John Barsch | [signature] |

Sign in Sheet  30 hour Osha 12/9/208
Instructor Miguel Perez

Print Name                          Sign Name
✓ ROGER BRODMERKEL
✓ MYSA WALTERS
✓ Ebiowei Oroso
✓ Alrick Russell
✓ Aquilino Sinisterra
✓ FREDERIC ELLO
✓ Chris Perrier
✓ Tim Koyoo
✓ Joseph Barsch
✓ John Barsch

Perez_GJ0000212



**12-602111074**

This card acknowledges that the recipient has successfully completed:

### 30-hour Construction Safety and Health

This card issued to:

**Christopher Perrier**

Miguel Perez — 12/09/2018
Trainer Name — Date of Issue



732.235.9450
aotc.sph.rutgers.edu

OSHA recommends Outreach Training Courses as an orientation to occupational safety and health for workers. Participation is voluntary. Workers must receive additional training on specific hazards of their job. This course completion card does not expire.

Use or distribution of this card for fraudulent purposes, including false claims of having received training, may result in prosecution under 18 U.S.C. 1001. Potential penalties include substantial criminal fines, imprisonment up to 5 years, or both.

To verify this training, scan the QR code with your mobile device.



Rev. 1/2016

Perez_GJ0000214



# OSHA
Occupational Safety and Health Administration

12-602111077

This card acknowledges that the recipient has successfully completed:

### 30-hour Construction Safety and Health

This card issued to:

John Barsch

| Miguel Perez | 12/09/2018 |
|---|---|
| Trainer Name | Date of Issue |



Atlantic OSHA Training Center
OSHA Training Institute Education Center

732.235.9450
aotc.sph.rutgers.edu

OSHA recommends Outreach Training Courses as an orientation to occupational safety and health for workers. Participation is voluntary. Workers must receive additional training on specific hazards of their job. This course completion card does not expire.

Use or distribution of this card for fraudulent purposes, including false claims of having received training, may result in prosecution under 18 U.S.C. 1001. Potential penalties include substantial criminal fines, imprisonment up to 5 years, or both.

To verify this training, scan the QR code with your mobile device.

Rev. 1/2016

Perez_GJ0000216


**OSHA**
Occupational Safety
and Health Administration

12-602111078

This card acknowledges that the recipient has successfully completed:

### 30-Hour Construction Safety and Health

This card issued to:

Joseph Barsch

| Miguel Perez | 12/09/2018 |
|---|---|
| Trainer Name | Date of Issue |


Atlantic OSHA Training Center
An Authorized
**OSHA** Training Institute Education Center

732.235.9450
aotc.sph.rutgers.edu

OSHA recommends Outreach Training Courses as an orientation to occupational safety and health for workers. Participation is voluntary. Workers must receive additional training on specific hazards of their job. This course completion card does not expire.

Use or distribution of this card for fraudulent purposes, including false claims of having received training, may result in prosecution under 18 U.S.C. 1001. Potential penalties include substantial criminal fines, imprisonment up to 5 years, or both.

To verify this training, scan the QR code with your mobile device.



Rev. 1/2016

Perez_GJ0000218

# OSHA
Occupational Safety
and Health Administration

**12-602111081**

This card acknowledges that the recipient has successfully completed:

**30 hour Construction Safety and Health**

This card issued to:

**Timothy Kaywood**

 Miguel Perez         12/09/2018
Trainer Name            Date of Issue

Atlantic OSHA Training Center
OSHA Training Institute Education Center

732.235.9450
aotc.sph.rutgers.edu

OSHA recommends Outreach Training Courses as an orientation to occupational safety and health for workers. Participation is voluntary. Workers must receive additional training on specific hazards of their job. This course completion card does not expire.

Use or distribution of this card for fraudulent purposes, including false claims of having received training, may result in prosecution under 18 U.S.C. 1001. Potential penalties include substantial criminal fines, imprisonment up to 5 years, or both.

To verify this training, scan the QR code with your mobile device.



Rev. 1/2016

Perez_GJ0000220



**OSHA**
Occupational Safety
and Health Administration

12-602111076

This card acknowledges that the recipient has successfully completed:

### 30-hour Construction Safety and Health

This card issued to:

Frederic Ello

| Miguel Perez | 12/09/2018 |
| --- | --- |
| Trainer Name | Date of Issue |



Atlantic OSHA Training Center
An Authorized
**OSHA** Training Institute Education Center

732.235.9450
aotc.sph.rutgers.edu

OSHA recommends Outreach Training Courses as an orientation to occupational safety and health for workers. Participation is voluntary. Workers must receive additional training on specific hazards of their job. This course completion card does not expire.

Use or distribution of this card for fraudulent purposes, including false claims of having received training, may result in prosecution under 18 U.S.C. 1001. Potential penalties include substantial criminal fines, imprisonment up to 5 years, or both.

To verify this training, scan the QR code with your mobile device.



Rev. 1/2016

Perez_GJ0000222



# OSHA
Occupational Safety and Health Administration

**12-602111080**

This card acknowledges that the recipient has successfully completed:

## 30-hour Construction Safety and Health

This card issued to:

Roger Brodmerkel

Miguel Perez        12/09/2018

Trainer Name        Date of Issue



Atlantic OSHA Training Center
An Authorized OSHA Training Institute Education Center

732.235.9450
aotc.sph.rutgers.edu

OSHA recommends Outreach Training Courses as an orientation to occupational safety and health for workers. Participation is voluntary. Workers must receive additional training on specific hazards of their job. This course completion card does not expire.

Use or distribution of this card for fraudulent purposes, including false claims of having received training, may result in prosecution under 18 U.S.C. 1001. Potential penalties include substantial criminal fines, imprisonment up to 5 years, or both.

To verify this training, scan the QR code with your mobile device.



Rev. 1/2016

Perez_GJ0000224

 **12-602111072**

OSHA
Occupational Safety
and Health Administration

This card acknowledges that the recipient has successfully completed:

### 30-hour Construction Safety and Health

This card issued to:

**Alrick Russell**

| Miguel Perez | 12/09/2018 |
|---|---|
| Trainer Name | Date of Issue |

 732.235.9450
aotc.sph.rutgers.edu

Atlantic OSHA Training Center
An Authorized OSHA Training Institute Education Center

OSHA recommends Outreach Training Courses as an orientation to occupational safety and health for workers. Participation is voluntary. Workers must receive additional training on specific hazards of their job. This course completion card does not expire.

Use or distribution of this card for fraudulent purposes, including false claims of having received training, may result in prosecution under 18 U.S.C. 1001. Potential penalties include substantial criminal fines, imprisonment up to 5 years, or both.

To verify this training, scan the QR code with your mobile device. 

Rev. 1/2016



**OSHA**
Occupational Safety
and Health Administration

12-602111075

This card acknowledges that the recipient has successfully completed:

**30-Hour Construction Safety and Health**

This card issued to:

Ebiowel Oroso

Miguel Perez
Trainer Name

12/09/2018
Date of Issue



Atlantic OSHA Training Center
An Authorized
**OSHA** Training Institute Education Center

732.235.9450
aotc.sph.rutgers.edu

OSHA recommends Outreach Training Courses as an orientation to occupational safety and health for workers. Participation is voluntary. Workers must receive additional training on specific hazards of their job. This course completion card does not expire.

Use or distribution of this card for fraudulent purposes, including false claims of having received training, may result in prosecution under 18 U.S.C. 1001. Potential penalties include substantial criminal fines, imprisonment up to 5 years, or both.

To verify this training, scan the QR code with your mobile device.



Rev. 1/2016

Perez_GJ0000228



# OSHA
Occupational Safety
and Health Administration

**12-602111079**

This card acknowledges that the recipient has successfully completed:

### 30-hour Construction Safety and Health

This card issued to:

**Musa Walters**

Miguel Perez — 12/09/2018
Trainer Name — Date of Issue



Atlantic OSHA Training Center
OSHA An Authorized Training Institute Education Center

732.235.9450
aotc.sph.rutgers.edu

OSHA recommends Outreach Training Courses as an orientation to occupational safety and health for workers. Participation is voluntary. Workers must receive additional training on specific hazards of their job. This course completion card does not expire.

Use or distribution of this card for fraudulent purposes, including false claims of having received training, may result in prosecution under 18 U.S.C. 1001. Potential penalties include substantial criminal fines, imprisonment up to 5 years, or both.

To verify this training, scan the QR code with your mobile device.



Rev. 1/2016

Perez_GJ0000230



# OSHA
Occupational Safety
and Health Administration

**12-602111073**

This card acknowledges that the recipient has successfully completed:

## 30-hour Construction Safety and Health

This card issued to:

**Aquilino Sinisterra**

| Miguel Perez | 12/09/2018 |
|---|---|
| Trainer Name | Date of Issue |



Atlantic OSHA Training Center
An Authorized OSHA Training Institute Education Center

732.235.9450
aotc.sph.rutgers.edu

OSHA recommends Outreach Training Courses as an orientation to occupational safety and health for workers. Participation is voluntary. Workers must receive additional training on specific hazards of their job. This course completion card does not expire.

Use or distribution of this card for fraudulent purposes, including false claims of having received training, may result in prosecution under 18 U.S.C. 1001. Potential penalties include substantial criminal fines, imprisonment up to 5 years, or both.

To verify this training, scan the QR code with your mobile device.



Rev. 1/2016
Perez_GJ0000232